JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
SUSIE JORDAN, et al.

**DEFENDANTS**
CHATHAM COUNTY SCHOOLS, et al.

(b) County of Residence of First Listed Plaintiff: CHATHAM
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: CHATHAM
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE

Attorneys *(If Known)*
UNKNOWN

FILED JAN 10 2022 — Clerk U.S. District Court, Greensboro, N.C.

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*
Citizen of This State: PTF [x] 1 / DEF [ ] 1 — Incorporated or Principal Place of Business In This State: PTF [ ] 4 / DEF [x] 4

## IV. NATURE OF SUIT
[x] 446 Amer. w/Disabilities - Other

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
TITLE II OF THE AMERICANS WITH DISABILITIES ACT, SECTION 504 OF THE REHABILITATION ACT OF 1973,

Brief description of cause:
DISABLED MINOR STUDENT BULLIED AND INJURED BY CLASSMATES AT PUBLIC SCHOOL.

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE / SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # / AMOUNT / APPLYING IFP / JUDGE / MAG. JUDGE