UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SUSIE JORDAN, as Parent and Guardian Ad Litem of A.E. DOE (a minor) and B.A. DOE (a minor), and SUSIE JORDAN, individually,<br>*Plaintiffs,*<br><br>v.<br><br>CHATHAM COUNTY SCHOOLS, in its official capacity; DAN BARNWELL, in his individual and official capacity as former Principal of Bennett School; G. DOE (a minor), in his individual capacity; M. DOE (a minor), in his individual capacity; GYM TEACHER DOE A, in his individual and official capacity as an employee of Chatham County Schools; GYM TEACHER DOE B, in his individual and official capacity as an employee of Chatham County Schools; DOES 1 through 20 in their individual capacities and official capacities as employees of Chatham County Schools.<br><br>*Defendants.* | Case No. 1:22CV12<br><br>PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |

Pursuant to Federal Rules of Court, Rule 17 (c)(1)(2), the undersigned Petitioner respectfully shows unto the Court:

1. That Petitioner is the mother of the minor Plaintiffs named herein.

2. The minor Plaintiffs named in the Complaint that is the subject of this litigation are under the age of eighteen (18) years without general or testamentary guardian(s).

3. The minor Plaintiffs are the subject of the Complaint filed herewith that gives rise to the subject litigation.

4. It is necessary that a Guardian Ad Litem be appointed herein for the purpose of representing the interests of the minor Plaintiffs.

WHEREFORE, this Petitioner prays that she be appointed for the purposes of representing the interests of the minor Plaintiffs in the prosecution of the claims outlined in the subject Complaint.

Dated this 10 day of January 2022.

*Susie Jordan*
Susie Jordan

PETITION FOR APPOINTMENT
OF GUARDIAN AD LITEM                     - 2 -

STATE OF NORTH CAROLINA       )
                              )   VERIFICATION
COUNTY OF CHATHAM             )

Susie Jordan, being first duly sworn, deposes, and says:

That she is the Petitioner and has read the foregoing Petition; that the same is true, as to those matters and things therein alleged upon information and belief, and as to those matters and things, she believes them to be true.

_____
Susie Jordan

Sworn to and subscribed before me,
This the 10th day of January 2022.

_____
Notary Public Nita A. Smith

My commission expires: April 6, 2026

(seal: RANDOLPH COUNTY, N.C. / NITA A. SMITH / NOTARY PUBLIC)

PETITION FOR APPOINTMENT
OF GUARDIAN AD LITEM                - 3 -