# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SUSIE JORDAN, as Parent and Guardian Ad Litem of A.E. DOE (a minor) and B.A. DOE (a minor), and SUSIE JORDAN, individually,<br><br>*Plaintiffs,*<br><br>v.<br><br>CHATHAM COUNTY SCHOOLS, in its official capacity; DAN BARNWELL, in his individual and official capacity as former Principal of Bennett School; G. DOE (a minor), in his individual capacity; M. DOE (a minor), in his individual capacity; GYM TEACHER DOE A, in his individual and official capacity as an employee of Chatham County Schools; GYM TEACHER DOE B, in his individual and official capacity as an employee of Chatham County Schools; DOES 1 through 20 in their individual capacities and official capacities as employees of Chatham County Schools.<br><br>*Defendants.* | Case No. 1:22CV12<br><br>**ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

This matter comes before the Court upon the Petition for Appointment of Guardian Ad Litem for the minors Plaintiffs named herein.

Pursuant to Federal Rules of Court, Rule 17 (c)(1)(2), and good cause appearing, the Court orders as follows:

1. That Petitioner is the mother of the minor Plaintiffs named herein.

2. That the minor Plaintiffs named in the Complaint that is the subject of this litigation are under the age of eighteen (18) years without general or testamentary guardian(s).

3. That the minor Plaintiffs are the subject of the Complaint filed herewith that gives rise to the subject litigation.

4. That it is necessary that a Guardian Ad Litem be appointed herein for the purpose of representing the interests of the minor Plaintiffs.

IT IS THEREFORE ORDERED that Susie Jordan be appointed as Guardian Ad Litem for the minor Plaintiffs named in the Complaint filed as described above.

Dated this __th day of January 2022.

_____
District Court Judge