# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

SUSIE JORDAN, as Parent and Guardian Ad Litem of A.E.J. (a minor) and B.A.J. (a minor), and SUSIE JORDAN, individually,
    *Plaintiffs,*

v.

CHATHAM COUNTY SCHOOLS, in its official capacity; DAN BARNWELL; G. DOE (a minor); M. DOE (a minor); GYM TEACHER DOE A; GYM TEACHER DOE B; DOES 1 through 20.
    *Defendants.*

Case No. 1:22-cv-12

**MOTION FOR ADDITIONAL TIME TO OBTAIN COUNSEL**

---

**NOW COMES** Plaintiffs, SUSIE JORDAN, individually and as Parent and Guardian Ad Litem of A.E.J. (a minor) and B.A.J. (a minor), inclusive, and hereby states as follows:

1. Plaintiffs filed their Complaint on January 10, 2022 (ECF 1).

2. On February 4, 2022, it was ordered that Plaintiffs obtain counsel to represent them due to the nature of the Guardian Ad Litem status (ECF 6).

3. While Plaintiffs have found counsel, their attorney is out of state and not licensed in the State of North Carolina. Despite meeting with several local attorneys, Plaintiffs have been unable to secure local counsel.

4. Plaintiffs request an additional 60 days to secure local counsel. In the alternative, Plaintiffs request that her out of state attorney be allowed to appear *pro hac vice*, absent local counsel.

5. Attached hereto as Exhibit A, please find Plaintiffs' out of state attorney's proposed Motion to Appear Pro Hac Vice for the Court's consideration.

6. **WHEREFORE**, Plaintiffs respectfully request that the Court extend the time for Plaintiffs to obtain local counsel, or, in the alternative, grant Plaintiffs' out-of-state attorney to appear pro hac vice absent local counsel.

Dated: March 21, 2022          Respectfully Submitted,

                                                            *Susie Jordan*
                                                            Susie Jordan, *pro se*

MOTION FOR ADDITIONAL TIME- 2 - 1:22-CV-12

1925 Hoyt Scott Road
Bear Creek, North Carolina 27207
Telephone: (910) 619-1100
craftiekids@gmail.com