IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:22-cv-12

| | |
|---|---|
| SUSIE JORDAN, as Parent and Guardian Ad Litem of A.E.J. (a minor) and B.A.J. (a minor) and SUSIE JORDAN, individually, <br><br> Plaintiffs, <br><br> v. <br><br> CHATHAM COUNTY SCHOOLS, et al., <br><br> Defendants. | **ORDER** |

This matter is before the Court on the Motion of Plaintiff Susie Jordan to extend time to retain local counsel. The Court finds good cause to allow that request. The Court further notes that if Plaintiffs are still unable to retain local counsel after the additional 60 day period, Plaintiffs' out-of-state counsel may enter an appearance and file a Motion to Proceed Pro Hac Vice without Local Counsel.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [Doc. #7] is GRANTED, and the stay is extended through July 15, 2022, to allow Plaintiffs time to retain local counsel.

IT IS FURTHER ORDERED that if Plaintiffs are still unable to retain local counsel, Plaintiffs' out-of-state counsel may enter an appearance and file a Motion to Proceed Pro Hac Vice without Local Counsel.

This, the 16th day of May, 2022.

                                                     /s/ Joi Elizabeth Peake
                                                      United States Magistrate Judge