# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| SUSIE JORDAN, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-12 |
| CHATHAM COUNTY SCHOOLS, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Susie Jordan, as Parent and Guardian Ad Litem of A.E.J. and B.A.J. (minors), and Susie Jordan, individually.

Date: 07/14/2022

s/ Keith Altman
*Attorney's signature*

Keith Altman, MI Bar No. P81702
*Printed name and bar number*

Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
*Address*

keithaltman@kaltmanlaw.com
*E-mail address*

(248) 987-8929
*Telephone number*

*FAX number*