# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SUSIE JORDAN, as Parent and Guardian Ad Litem of A.E.J. (a minor) and B.A.J. (a minor), and SUSIE JORDAN, individually,<br>    *Plaintiffs,*<br><br>v.<br><br>CHATHAM COUNTY SCHOOLS, in its official capacity; DAN BARNWELL; G. DOE (a minor); M. DOE (a minor); GYM TEACHER DOE A; GYM TEACHER DOE B; DOES 1 through 20.<br><br>    *Defendants.* | Case No. 1:22-cv-12<br><br>**MOTION TO PROCEED PRO HAC VICE WITHOUT LOCAL COUNSEL** |

**NOW COMES** Plaintiffs, SUSIE JORDAN, individually and as Parent and Guardian Ad Litem of A.E.J. (a minor) and B.A.J. (a minor), inclusive, and hereby states as follows:

1. Plaintiffs filed their Complaint on January 10, 2022 (ECF 1).

2. On February 4, 2022, it was ordered that Plaintiffs obtain counsel to represent them due to the nature of the Guardian Ad Litem status (ECF 6).

3. On May 16, 2022, the Court entered and Order allowing Plaintiffs an additional 60 days to retain local counsel and stating that if Plaintiffs are still unable to retain local counsel after the additional 60 day period, Plaintiffs' out-of-state counsel may enter appearance and file a Motion to Proceed Pro Hac Vice without Local Counsel (ECF 8).

4. Despite continued efforts, Plaintiffs have still been unable obtain local counsel.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Proceed Pro Hac Vice without Local Counsel.

Dated: July 14, 2022

Respectfully Submitted,

/s/ *Keith Altman*
Keith Altman, Esq. (MI Bar No. P81702)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel: (248) 987-8929
keithaltman@kaltmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered parties.

/s/ *Keith Altman*
Keith Altman

**MOTION TO PROCEED**
**PRO HAC VICE WITHOUT**                      Case No. 1:22-cv-12
**LOCAL COUNSEL**