UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SUSIE JORDAN, as Parent and Guardian Ad Litem of A.E.J. (a minor) and B.A.J. (a minor) and SUSIE JORDAN, individually, | )<br>)<br>)<br>) |
| Plaintiffs, | )  Case No. 1:22CV12<br>)<br>) |
| v. | )<br>) |
| CHATHAM COUNTY SCHOOLS, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

ORDER

This matter is before the Court on Plaintiff's Motion for Pro Hac Vice Admission without Local Counsel [Doc. #10]. In this case, Plaintiff Susie Jordan previously filed a *pro se* Motion to Appoint Guardian Ad Litem [Doc. #3], but the Court deferred consideration of that request because Plaintiff Susie Jordan was attempting to proceed *pro se*, and as noted in the Court's prior Order, a non-attorney parent may not represent their children *pro se* in federal court. Plaintiffs have now retained counsel, attorney Keith Altman, who is a member of the Bar of California and Michigan, but is not admitted in this District. Attorney Altman filed the present Moton for Pro Hac Vice Admission, and having considered the matter, the Court will allow the request for attorney Keith Altman to appear without local counsel in this case. Attorney Altman is responsible for ensuring the appropriate conduct of this litigation for Plaintiffs, including familiarity and compliance with all of the Local Rules of this District. In addition, the Court notes that Attorney Altman will be responsible for ensuring his appearance at any court proceedings in this case in this District. By appearing in this case, Attorney Altman submits himself to the jurisdiction of this Court in connection with this litigation. If there are

any concerns raised as to any of these responsibilities, the Court will require the appearance of Local Counsel.

The Court also notes that in light of the appearance of counsel, it does not appear that there is presently a need to appoint a Guardian Ad Litem, and Plaintiff Susie Jordan's *pro se* request will be terminated as moot. Under North Carolina law, parents are the natural guardians of their children, and Ms. Jordan and her minor children are now represented in this action by counsel. If there is a need for appointment of a Guardian Ad Litem, or if Plaintiffs wish to be heard further on that request, Attorney Altman may file an appropriate motion.

Finally, in light of the appearance of counsel and the present Order, and pursuant to Federal Rule of Civil Procedure 4(m), the Court will extend the time for service in this case and will order that service be made within 90 days from the date of this Order.

IT IS THEREFORE ORDERED that the Motion to Proceed Pro Hac Vice [Doc. #10] is GRANTED, and Attorney Altman may appear as counsel in this case as set out herein. The *pro se* Motion for Appointment of a Guardian Ad Litem [Doc. #3] is terminated as moot.

IT IS FURTHER ORDERED that pursuant to Federal Rule of Civil Procedure 4(m), service must be made within 90 days from the date of this Order.

This, the 14th day of September, 2022.

/s/ Joi Elizabeth Peake
United States Magistrate Judge