IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:22-cv-00012-WO-JEP

| | |
|---|---|
| SUSIE JORDAN, as parent and Guardian *Ad Litem* of A.E.J (a minor) and B.A.J. (a minor), and SUSIE JORDAN, individually, <br><br>Plaintiff, <br><br>v. <br><br>CHATHAM COUNTY SCHOOLS, in its official capacity; DAN BARNWELL; G. DOE (a minor); M. DOE (a minor); GYM TEACHER DOE A; GYM TEACHER DOE B; DOES 1 through 20, <br><br>Defendants. | **NOTICE OF APPEARANCE** |

The undersigned hereby gives notice of appearance as counsel on behalf of Chatham County Board of Education. This notice is not intended to and should not be construed as a waiver of any defenses Defendant may have to any or all of Plaintiff's claims under Rule 12 of the Federal Rules of Civil Procedure.

This the 4th day of November 2022.

Respectfully submitted,

/s/ Lindsay Vance Smith
THARRINGTON SMITH, L.L.P.
Lindsay Vance Smith
N.C. State Bar No. 48085
150 Fayetteville Street, Suite 1800
Post Office Box 1151
Raleigh, North Carolina 27602-1151
Telephone: (919) 821-4711
Fax: (919) 829-1583
E-mail: lsmith@tharringtonsmith.com
*Attorney for Chatham County Board of Education*

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such to the following:

> Keith Altman
> West 12 Mile Road, Suite 375
> Farmington Hills, MI 48331
> Email: keithaltman@kaltmanlaw.com
> *Attorney for Plaintiff*

This the 4th day of November 2022.

        THARRINGTON SMITH, L.L.P.

        /s/ Lindsay Vance Smith