EXHIBIT 1

# STATE OF NORTH CAROLINA
## ORANGE COUNTY
### OFFICE OF REGISTER OF DEEDS

**NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**NC VITAL RECORDS**
**CERTIFICATE OF LIVE BIRTH**

Registration District No. 06890  Local No.
BIRTH  Bk:B82 Pg:1162  10/25/2004 01:56:34PM  1/1

**CHILD**
1. CHILD'S NAME (First, Middle, Last): Abigail Ellen Jordan
2. DATE OF BIRTH (Month, Day, Year): October 18, 2004
3. TIME OF BIRTH: 11:48 AM
4. SEX: Female
5. CITY, TOWN, OR LOCATION OF BIRTH: Chapel Hill
6. COUNTY OF BIRTH: Orange
7. PLACE OF BIRTH: Hospital
8. FACILITY NAME: UNC Hospitals

**PARENTS**
9. FATHER'S NAME (First, Middle, Last): Christopher Wayne Jordan
10. DATE OF BIRTH: January 11, 1969
11. BIRTHPLACE: NC
12a. MOTHER'S MAIDEN NAME: Susan Mae Quinn
12b. MOTHER'S SURNAME: Quinn
13. DATE OF BIRTH: Aug. 21, 1961
14. BIRTHPLACE: Connecticut
15a. USUAL RESIDENCE (STATE): North Carolina
15b. COUNTY: Chatham
15c. CITY, TOWN, OR LOCATION: Bear Creek
15d. STREET AND NUMBER: 1789 Hoyt Scott Road
15e. ZIP CODE: 27207
15f. INSIDE CITY LIMITS: No
16. MOTHER'S MAILING ADDRESS: SAME
17a. MOTHER'S SIGNATURE: [signed]
17c. SOCIAL SECURITY NUMBER REQUESTED: Yes
18a. [Certifier signature] Yvonne H. Mebane
18b. DATE SIGNED: 10/20/04
19. ATTENDANT'S NAME AND TITLE: Cynthia King M.D.

**CERTIFIER**
20. CERTIFIER'S NAME & TITLE: Yvonne H. Mebane, HUC
21. ATTENDANT'S MAILING ADDRESS: UNC Hospitals Chapel Hill, NC 27514
22a. DATE REC'D BY LOCAL REG: Oct. 22, 2004
22b. SIGNATURE OF REGISTRAR: Rosemary Summers

**RACE**
25a. COLOR OR RACE OF FATHER: White
25b. COLOR OR RACE OF MOTHER: White

Volume 82  Page 1162

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

068-589573

Witness my hand and official seal this the 20th day of Dec. 20 04

By: [signature]
Joyce H. Pearson
Register of Deeds
Orange County
Deputy/Assistant Register of Deeds

DHHS 3914 (REVISED 10/02) NC VITAL RECORDS

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Vital Records seal clearly embossed in left corner.

EXHIBIT 1

# STATE OF NORTH CAROLINA
## ORANGE COUNTY
### OFFICE OF REGISTER OF DEEDS

**CERTIFICATION OF VITAL RECORD**

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
NC VITAL RECORDS
**CERTIFICATE OF LIVE BIRTH**

Registration District No. 16890   Local No.

Bk: B82 Pg: 1163
BIRTH 10/28/2004 01:55:25PM 1/1

**1. CHILD'S NAME (First, Middle, Last):** Berta Ann Jordan
**2. DATE OF BIRTH (Month, Day, Year):** October 18, 2004
**3. TIME OF BIRTH:** 11:47 AM
**4. SEX:** Female
**5. CITY, TOWN, OR LOCATION OF BIRTH:** Chapel Hill
**6. COUNTY OF BIRTH:** Orange
**7. PLACE OF BIRTH:** Hospital
**8. FACILITY NAME:** UNC Hospitals
**9. FATHER'S NAME (First, Middle, Last):** Christopher Wayne Jordan
**10. DATE OF BIRTH:** January 11, 1969
**11. BIRTHPLACE:** NC
**12a. MOTHER'S MAIDEN NAME:** Susan Mae Quinn
**12b. MOTHER'S SURNAME:** Quinn
**13. DATE OF BIRTH:** Aug. 21, 1961
**14. BIRTHPLACE:** Connecticut
**15a. USUAL RESIDENCE (STATE):** North Carolina
**15b. COUNTY:** Chatham
**15c. CITY, TOWN, OR LOCATION:** Bear Creek
**16a. STREET AND NUMBER:** 1789 Hoyt Scott Road
**16b. ZIP CODE:** 27207
**16c. INSIDE CITY LIMITS:** No
**16d. MOTHER'S MAILING ADDRESS:** SAME
**17b. RELATION TO CHILD IF MOTHER CANNOT SIGN:** 
**17c. SOCIAL SECURITY NUMBER REQUESTED:** Yes
**18b. DATE SIGNED:** 10/20/04
**19. ATTENDANT'S NAME AND TITLE:** Cynthia King, M.D.
**20. CERTIFIER'S NAME & TITLE:** Yvonne H. Mebane, HUC
**21. ATTENDANT'S MAILING ADDRESS:** UNC Hospitals Chapel Hill, NC 27514
**22. DATE REC'D BY LOCAL REG:** Oct. 22, 2004
**22b. SIGNATURE OF REGISTRAR:** Rosemary Summers

**25a. COLOR OR RACE OF FATHER:** White
**25b. COLOR OR RACE OF MOTHER:** White

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

068-159753

Witness my hand and official seal this the 22nd day of May, 2009

Joyce H. Pearson
Register of Deeds
Orange County

By: _____ Deputy/Assistant Register of Deeds

DHHS 1914 (REVISED 2/06) NC VITAL RECORDS

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Vital Records seal clearly embossed in left corner.