EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:22-cv-00012-WO-JEP

| | |
|---|---|
| SUSIE JORDAN, as parent and Guardian *Ad Litem* of A.E.J (a minor) and B.A.J. (a minor), and SUSIE JORDAN, individually,<br><br>Plaintiff,<br><br>v.<br><br>CHATHAM COUNTY SCHOOLS, in its official capacity; DAN BARNWELL; G. DOE (a minor); M. DOE (a minor); GYM TEACHER DOE A; GYM TEACHER DOE B; DOES 1 through 20,<br><br>Defendants. | **AFFIDAVIT OF TONY MESSER** |

I, Tony Messer, having been duly sworn, do hereby state as follows:

1. My name is Tony Messer. I am a citizen and resident of Chatham County, North Carolina. I am not a minor. I am under no legal disability. I am fully competent to make this Affidavit, which is based on my own personal knowledge.

2. I am the Chief Finance Officer for the Chatham County Board of Education.

3. The Chatham County Board of Education is a local board of education.

4. In my capacity as Chief Finance Officer for the Chatham County Board of Education, I am familiar with its arrangements for insurance coverage and other forms of risk protection.

5. The Chatham County Board of Education has not purchased or otherwise secured any liability insurance coverage or risk protection for claims other than that which it has obtained by virtue of its participation in the North Carolina School Boards Trust ("NCSBT").

6. The Chatham County Board of Education has not waived immunity from suit under N.C. Gen. Stat. § 115C-42 by purchasing or otherwise obtaining any contract or policy of insurance issued by any company or corporation duly licensed or authorized to execute insurance contracts in the State of North Carolina or by a qualified insurer as determined by the Department of Insurance.

EXHIBIT 3

The forgoing is a true and accurate statement of my knowledge about the matters set forth herein.

This the 9th day of Nov. 2022.

_____
Tony Messer

STATE OF NORTH CAROLINA
COUNTY OF Chatham

Personally appeared to me this day, TONY MESSER, who being first duly sworn, deposed, and said that she has read the foregoing Affidavit and knows the contents thereof; that the contents of the same are true of her own knowledge, except to those matters and things stated therein upon information and belief, and as to those, she believes them to be true.

Witness my hand and notarial seal, this the 9th day of November, 2022.

(Official Seal)

_____
Notary Public

J. Diane Sloan
Print Name

My Commission Expires: 05/17/2025