

# WATAUGA COUNTY SHERIFF'S OFFICE

184 HODGES GAP ROAD
BOONE, NORTH CAROLINA 28607
(828) 264-3761 • FAX (828) 263-5345

LEN D. HAGAMAN, JR.
*SHERIFF*

STATE OF NORTH CAROLINA
COUNTY OF WATAUGA

SUSIE JORDAN, AS PARENT AND GUARDIAN AD LITEM OF
A.E.J. (A MINOR) AND B.A.J. (A MINOR) AND
SUSIE JORDAN, INDIVIDUALLY,
PLAINTIFF(S)

VS

CHATHAM COUNTY SCHOOLS, DAN BARNWELL,
G. DOE (A MINOR), M. DOE (A MINOR), GYM
TEACHER DOE A, GYM TEACHER DOE B,
DOES 1 THROUGH 20,
DEFENDANT(S)

AFFIDAVIT OF SERVICE
CIVIL ACTION NO. 1:22-cv-00012-WO-JEP
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

I, Lt. Jonathan Fullen, being a fully-sworn officer with the Watauga County Sheriff's Office, do certify that I did serve a "SUMMONS IN A CIVIL ACTION" in accordance with North Carolina General Statues 1A-I, Rule 4 (Supp. 1979).

    Served on:
        DAN BARNWELL
        2377 Long Hope Road
        Todd, NC 28684

Lt. Jonathan Fullen

Sworn to and subscribed before me this
9th day of November 2022.

_____
Notary Public

My Commission Expires: JUNE 11, 2023

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| SUSIE JORDAN, as Parent and Guardian Ad Litem of A.E.J. (a minor) and B.A.J. (a minor) and SUSIE JORDAN, individually <br><br> *Plaintiff(s)* <br> v. <br> CHATHAM COUNTY SCHOOLS, DAN BARNWELL, G. DOE (a minor), M. DOE (a minor), GYM TEACHER DOE A, GYM TEACHER DOE B, DOES 1 THROUGH 20 <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-00012-WO-JEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAN BARNWELL
2377 Long Hope Road
Todd, North Carolina 28684

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Keith Altman, Esq.
Law Office of Keith Altman
33228 W. 12 Mile Road, Suite 375
Farmington Hills, MI 48334
keithaltman@kaltmanlaw.com
(248) 987-8929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

November 3, 2022
Date

/s/ AlexusCarter
Deputy Clerk

Civil Action No. 1:22-cv-00012-WO-JEP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAN BARNWELL

was received by me on *(date)* NOV - 8 2022 .

☒ I personally served the summons on the individual at *(place)* Watauga County Courthouse Boone NC 28607 on *(date)* 11-9-2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-9-2023

*Server's signature* #105

Lt. J. Fullen #105
*Printed name and title*

184 Hodges Gap Rd. Boone NC 28607
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 1:22-cv-00012-WO-JEP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DAN BARNWELL__

was received by me on *(date)* __NOV - 8 2022__ .

☑ I personally served the summons on the individual at *(place)* __Watauga County Courthouse Boone NC 28607__ on *(date)* __11-9-2023__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11-9-2023__

__J. Fullen #105__
*Server's signature*

__Lt. J. Fullen #105__
*Printed name and title*

__184 Hodges Gap Rd. Boone NC 28607__
*Server's address*

Additional information regarding attempted service, etc: