# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ABIGAIL JORDAN and BERTA JORDAN, individually, <br><br> *Plaintiffs,* <br> v. <br><br> CHATHAM COUNTY BOARD OF EDUCATION, et. al., <br><br> *Defendants.* | CASE NO. 1:22-cv-12 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

This Matter, having come before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, and that the Motion is made in good cause, it is hereby:

ORDERED that Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss is granted and the Plaintiffs shall have to and including February 8, 2023, to file their Response.

ORDERED that Defendants Motion to Dismiss shall be set for hearing on _____, 2023.

BY THE COURT:

_____
United States District Judge