IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
SUSIE JORDAN, as Parent         )
and Guardian Ad Litem           )
of A.E.J. (a minor)             )
and B.A.J. (a minor) and        )
Susie Jordan, individually,     )
                                )
          Plaintiffs,           )
                                )
    v.                          )      1:22-cv-12
                                )
CHATHAM COUNTY SCHOOLS,         )
et al.,                         )
                                )
          Defendants.           )
```

**ORDER**

This matter comes before the court upon Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss. (Doc. 23.) Plaintiffs moves the court for a 30-day extension of time, until February 8, 2023, to file their response to Defendants' motion to dismiss. Having considered the motion, with no opposition by Defendants, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion for Extension of Time, (Doc. 23), is **GRANTED** and Plaintiffs shall have up to and including February 8, 2023, within which to file their response to Defendants' Motion to Dismiss, (Doc. 21).

This the 22nd day of December, 2022.

```
                         /s/ William L. Osteen, Jr.
                         United States District Judge
```