IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SUSIE JORDAN, as Parent )
and Guardian Ad Litem )
of A.E.J. (a minor) )
and B.A.J. (a minor) and )
Susie Jordan, individually, )
)
           Plaintiffs, )
)
  v. )        1:22-cv-12
)
CHATHAM COUNTY SCHOOLS, )
et al., )
)
           Defendants. )

**ORDER**

Defendant Chatham County Board of Education ("Board") filed a Motion to Dismiss Plaintiffs' Complaint, (Doc. 17). Rather than filing a response, Plaintiffs filed an Amended Complaint. (Doc. 20.) The Amended Complaint is currently the operative pleading and renders the Complaint, (Doc. 1), of no legal effect. See Young v. City of Mount Rainer, 238 F.3d 567, 572 (4th Cir. 2001).

Because the first motion to dismiss, (Doc. 17), addresses the now inoperative Complaint, (Doc. 1), the motion is rendered moot. Consequently, this court will deny Defendant's motion to dismiss without prejudice to Defendant filing a new motion. December 20, 2022, Board filed a motion to dismiss the Amended

Complaint. (Doc. 21.) The motion to dismiss the Amended Complaint is the motion for determination by this court.

For the reasons stated herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, (Doc. 17), is **DENIED WITHOUT PREJUDICE.**

This the 22nd day of December, 2022.

/s/ William L. Osteen, Jr.
United States District Judge

-2-

Case 1:22-cv-00012-WO-JEP   Document 25   Filed 12/22/22   Page 2 of 2