# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ABIGAIL JORDAN and BERTA JORDAN, individually,<br>      *Plaintiffs,*<br>v.<br><br>CHATHAM COUNTY BOARD OF EDUCATION, et. al.<br>      *Defendants.* | Case No. 1:22-cv-12 |

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on January 12, 2023 a copy of the PLAINTIFF'S AMENDED COMPLAINT was resent via U.S. Priority, Certified Mail, return receipt requested, to the following:

**Dan Barnwell**
**2377 Long Hope Road**
**Todd, North Carolina 28684**

**USPS Tracking ID: 9410 8112 0620 3561 0261 00**

As it has come to counsel's attention that USPS has not yet delivered the copy originally sent via U.S. Certified Mail, return receipt requested on December 5, 2023 (USPS Tracking ID 7019 1120 0002 2442 2685).

1

This the 13th day of January 2023.

                                        Respectfully Submitted,

Keith Altman, Esq. (*pro hac vice*)
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*