IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:22-cv-00012-WO-JEP

| | |
|---|---|
| ABIGAIL JORDAN and BERTA JORDAN, individually, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| CHATHAM COUNTY BOARD OF EDUCATION; DAN BARNWELL; G. DOE (a minor); M. DOE (a minor); GYM TEACHER DOE A; GYM TEACHER DOE B; DOES 1 through 20, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## **WORD COUNT CERTIFICATION**

Pursuant to Local Rule 7.3(d)(1), I hereby certify that Defendant's Reply in Support of Motion to Dismiss Amended Complaint, filed on February 22, 2023, is less than 6,250 words (excluding caption and certificates of counsel) as reported by the word-processing software.

This the 23rd day of November 2023.

/s/ Lindsay Vance Smith
Lindsay Vance Smith
THARRINGTON SMITH, LLP
N.C. State Bar No. 48085
150 Fayetteville Street, Suite 1800
Post Office Box 1151
Raleigh, North Carolina 27602-1151

Telephone: (919) 821-4711
Fax: (919) 829-1583
Email: lsmith@tharringtonsmith.com
*Attorney for Caswell County Board of Education*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a copy of the foregoing **WORD COUNT CERTIFICATION** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such to the following:

>Keith Altman
>West 12 Mile Road, Suite 375
>Farmington Hills, MI 48331
>Email: keithaltman@kaltmanlaw.com
>*Attorney for Plaintiffs*

This the 23rd day of February 2023.

>THARRINGTON SMITH, L.L.P.
>
>/s/ Lindsay Vance Smith
>Lindsay Vance Smith
>THARRINGTON SMITH, LLP
>N.C. State Bar No. 48085
>150 Fayetteville Street, Suite 1800
>Post Office Box 1151
>Raleigh, North Carolina  27602-1151
>Telephone: (919) 821-4711
>Fax: (919) 829-1583
>Email: lsmith@tharringtonsmith.com
>*Attorney for Caswell County Board of Education*