# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ABIGAIL JORDAN and BERTA JORDAN, individually, <br>    *Plaintiffs,* <br> v. <br><br> CHATHAM COUNTY BOARD OF EDUCATION, et. al. <br>    *Defendants.* | Case No. 1:22-cv-12 |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on February 24, 2023 a copy of the PLAINTIFF'S AMENDED COMPLAINT was resent via U.S. Priority Mail 2-Day, to the following:

**Dan Barnwell**
**2377 Long Hope Road**
**Todd, North Carolina 28684**

**USPS Tracking ID: 9405 5112 0620 3955 6718 14**

As counsel recently received the mailing package that was sent via U.S. Certified Mail, return receipt requested on January 12, 2023 (USPS Tracking ID 9410 8112 0620 3561 0261 00) returned to sender as marked "unable to deliver, other/unclaimed".

1

This the 24th day of February 2023.

                                        Respectfully Submitted,

                                        Keith Altman, Esq. (*pro hac vice*)
                                        Law Office of Keith Altman
                                        33228 West 12 Mile Road, Suite 375
                                        Farmington Hills, Michigan 48334
                                        Telephone: (248) 987-8929
                                        keithaltman@kaltmanlaw.com
                                        *Attorneys for Plaintiff*