IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:22-cv-00012-WO-JEP

| | |
|---|---|
| ABIGAIL JORDAN and BERTA JORDAN, individually, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| CHATHAM COUNTY BOARD OF EDUCATION; DAN BARNWELL; G. DOE (a minor); M. DOE (a minor); GYM TEACHER DOE A; GYM TEACHER DOE B; DOES 1 through 20, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

NOW COME the undersigned pursuant to Local Rule 83.1(e)(1) and notify this Court and counsel for Plaintiff, that Adam S. Mitchell hereby enters an appearance on behalf of Defendant Chatham County Board of Education and will substitute in place of Lindsay Vance Smith who seeks to withdraw from this matter. By his signature below, Adam S. Mitchell verifies that he is aware of and will comply with all pending deadlines in the case and will proceed with the trial and/or hearings.

This the 9th day of May 2023.

Respectfully submitted,

/s/ Adam S. Mitchell
Adam S. Mitchell
State Bar No. 36949
THARRINGTON SMITH, L.L.P.
150 Fayetteville Street, Suite 1800
Post Office Box 1151
Raleigh, North Carolina 27602-1151

Telephone: (919) 821-4711
Fax: (919) 829-1583
E-mail: amitchell@tharringtonsmith.com
*Attorneys for Defendant*


/s/ Lindsay Vance Smith
THARRINGTON SMITH, L.L.P.
Lindsay Vance Smith
N.C. State Bar No. 48085
150 Fayetteville Street, Suite 1800
Post Office Box 1151
Raleigh, North Carolina 27602-1151
Telephone: (919) 821-4711
Fax: (919) 829-1583
E-mail: lsmith@tharringtonsmith.com
*Attorney for Chatham County Board of Education*

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a copy of the foregoing **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such to the following:

Keith Altman
West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
Email: keithaltman@kaltmanlaw.com
Attorney for Plaintiffs

This the 9th day of May 2023.

                        THARRINGTON SMITH, L.L.P.

                        /s/ Lindsay Vance Smith