IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BERTA JORDAN, individually, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    Civ. No. 1:22-cv-00012-WO-JEP<br>) |
| CHATHAM COUNTY BOARD OF EDUCATION, | )<br>)<br>) |
| Defendant. | )<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(A)(1)(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff BERTA JORDAN, individually and Defendant CHATHAM COUNTY BOARD OF EDUCATION, by and through their respective attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/their own costs and fees. The parties request that the Clerk of Court now close this case.

Dated: March 6, 2024

Respectfully Submitted,

THE LAW OFFICE OF KEITH ALTMAN

/s/ *Keith Altman*
Keith Altman, Esq. (*pro hac vice*),
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
(248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

THARRINGTON SMITH, L.L.P.

/s/ *Adam S. Mitchell* (*w/ permission*)

Adam S. Mitchell, N.C. Bar No. 36949
150 Fayetteville Street, Suite 1900
Post Office Box 1151
Raleigh, North Carolina 28602-1151
Telephone: (919) 821-4711
Fax: (919) 829-1583
Email: amitchell@tharringtonsmith.com
*Attorneys for Defendant Chatham County Board of Education*

**CERTIFICATE OF SERVICE**

I, Keith Altman, do hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record as listed in the Service List in effect on the date of electronic filing.

SO CERTIFIED, this 6th day of March 2024.

/s/ *Keith Altman*
Keith Altman, Esq.